# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   JARVIS O GUTTER                                    Case No.: 09-30341

           Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/18/2009.

2) This case was confirmed on 10/28/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/28/2009, 01/19/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/14/2010.

5) The case was converted on 08/26/2011.

6) Number of months from filing to the last payment: 24

7) Number of months case was pending: 25

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   22,400.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 8,621.48 |
| Less amount refunded to debtor | $ 539.19 |
| **NET RECEIPTS** | $ 8,082.29 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 3,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 498.52 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,998.52 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CITY OF CHICAGO DEPT | UNSECURED | 2,000.00 | 644.00 | 644.00 | 40.22 | .00 |
| CAPITAL ASSET RECOVE | SECURED | NA | 18,564.56 | .00 | .00 | .00 |
| NUVELL CREDIT CO LLC | SECURED | 7,325.00 | 8,318.56 | 8,318.56 | 2,862.76 | 752.17 |
| NUVELL CREDIT CO LLC | UNSECURED | 667.00 | NA | NA | .00 | .00 |
| BAC HOME LOANS SERVI | SECURED | 121,704.00 | 121,704.82 | .00 | .00 | .00 |
| LIFETECH HEALTH SERV | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY | UNSECURED | 533.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY | UNSECURED | 441.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY | UNSECURED | 275.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY | UNSECURED | 228.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY | UNSECURED | 226.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY | UNSECURED | 171.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| BUDS AMBULANCE SERVI | UNSECURED | 500.00 | 436.00 | 436.00 | 27.23 | .00 |
| CASHNET USA | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| SOUTHEAST ANESTHESIA | UNSECURED | 123.00 | NA | NA | .00 | .00 |
| CITI FINGERHUT | UNSECURED | 468.00 | NA | NA | .00 | .00 |
| CITI AUTO | UNSECURED | 17,779.00 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | 6,038.00 | .00 | .00 | .00 | .00 |
| COMCAST | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 900.00 | NA | NA | .00 | .00 |
| CROWN FINANCIAL | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| DIRECTV | UNSECURED | 500.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| DR HUSSAIN | UNSECURED | 2,200.00 | NA | NA | .00 | .00 |
| DRIVE FINANCIAL SVCS | UNSECURED | 28.00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 250.00 | 250.89 | 250.89 | 15.67 | .00 |
| GOVERNORS STATE UNIV | UNSECURED | 2,000.00 | 1,689.00 | .00 | .00 | .00 |
| HARTGROVE HOSPITAL | UNSECURED | 1,300.00 | NA | NA | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 54.00 | 587.59 | 587.59 | 36.70 | .00 |
| IC SYSTEM | UNSECURED | 248.00 | 248.40 | 248.40 | 15.52 | .00 |
| MB FINANCIAL BANK NA | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY | UNSECURED | 143.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY | UNSECURED | 66.00 | NA | NA | .00 | .00 |
| SAGE TELECOM | UNSECURED | 189.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 293.00 | NA | NA | .00 | .00 |
| PAY DAY 1 | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | 4,050.00 | 4,050.00 | 252.95 | .00 |
| VILLAGE OF RIVERDALE | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF RIVERDALE | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF RIVERDALE | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF CALUMET P | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF RIVERDALE | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF RIVERDALE | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| RUSH PRESBYTERIAN ST | UNSECURED | 2,131.00 | NA | NA | .00 | .00 |
| SEARS/CBSD | UNSECURED | 558.00 | NA | NA | .00 | .00 |
| SOCIAL SECURITY ADMI | UNSECURED | 4,500.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 3,000.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF PHOENI | UNSECURED | 928.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 74,031.00 | 74,824.97 | .00 | .00 | .00 |
| VILLAGE OF DOLTON | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| VONAGE TELEPHONE COM | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| WESTERN GOVENORS UNI | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| ZIP CASH | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| JERIKA GUTTER | OTHER | .00 | NA | NA | .00 | .00 |
| WORLD ASSET PURCHASI | UNSECURED | NA | 1,025.60 | 1,025.60 | 64.05 | .00 |
| BAC HOME LOANS SERVI | OTHER | NA | NA | NA | .00 | .00 |
| BAC HOME LOANS SERVI | SECURED | NA | 835.88 | .00 | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 16.50 | 16.50 | .00 |
| CAPITAL ONE AUTO FIN | SECURED | NA | 16,980.90 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 8,318.56 | 2,862.76 | 752.17 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 8,318.56 | 2,862.76 | 752.17 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 16.50 | 16.50 | .00 |
| **TOTAL PRIORITY:** | 16.50 | 16.50 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 7,242.48 | 452.34 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,998.52 |
| Disbursements to Creditors | $ | 4,083.77 |
| **TOTAL DISBURSEMENTS:** | $ | 8,082.29 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   09/29/2011                                /s/ Tom  Vaughn
                                                   Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**